**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | **8:09CR329** |
| vs. ) | |
| ) | **ORDER** |
| **TRENTON J. GUTHRIE,** ) | |
| Defendant. ) | |

Defendant Trenton J. Guthrie appeared before the court on Tuesday, May 4, 2010 on a Petition for Warrant or Summons for Offender Under Supervision [32] . The defendant was represented by Assistant Federal Public Defender Jessica P. Douglas and the United States was represented by Special Assistant Joel B. Lofgren. The government's oral motion for detention was denied.  The defendant was not eligible for a preliminary examination.  Defendant was released on current terms and conditions of probation.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **June 7, 2010 at 3:00 p.m.**  Defendant must be present in person.

2   The defendant released on current conditions of probation.

DATED this 4th day of May, 2010.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge