IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:09CR329 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER RELEASING** |
| v. ) | **DEFENDANT FROM CUSTODY** |
| ) | |
| TRENTON J. GUTHRIE, ) | |
| ) | |
| Defendant. ) | |

The Defendant, Trenton J. Guthrie, has filed a motion requesting release from custody on August 2, 2010 to attend in-patient treatment (Filing No. 45). All parties agree to the Defendant's release.

IT IS ORDERED:

1. The motion requesting release from custody on August 2, 2010 to attend in-patient treatment (Filing No. 45) is granted;

2. The Defendant shall be released on August 2, 2010 and transported by a member of the Federal Public Defender's Office directly to the treatment facility. Further, the Court orders that if the Defendant attempts to leave the treatment program before completion, the Court be notified immediately. All other conditions of the defendant's supervised release shall remain in full force and effect; and

3. The Clerk is directed to provide a copy of this order to the U.S. Marshal.

DATED this 30th day of July, 2010.

BY THE COURT:

s/ Laurie Smith Camp
United States District Court Judge